# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO PACHECO, individually and on behalf of other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>BUSHFIRE GRILL, INC., a California corporation; BUSHFIRE BEACHSIDE, INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 18cv01696-JAH (WVG)<br><br>**ORDER VACATING HEARING DATE** |

After careful review of Plaintiff's submission, the Court deems Plaintiff Jairo Pacheco's motion for preliminary approval of class action settlement (Doc. No. 23), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is taken under submission without oral argument and the hearing set for January 6, 2020, is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: December 17, 2019

_____
JOHN A. HOUSTON
United States District Judge